

COURT OF APPEALS EIGHTH
DISTRICT OF TEXAS EL PASO,
TEXAS

| | | |
|---|---|---|
| GESPA NICARAGUA, S.A., | § | |
| Appellant, | § | No. 08-22-00244-CV |
| | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| RECOM AG, FLEXTRONICS INTERNATIONAL USA, INC., FLEXTRONICS AUTOMOTIVE USA (TEXAS), LLC, and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., | § | of El Paso County, Texas |
| | § | (TC# 2018-DCV-4112) |
| | § | |
| Appellees. | § | |

## **O R D E R**

The Court has considered Appellant's Further Motion for Rehearing and concludes that the motion should be DENIED.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER 2024.


                                        GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.